## SKINNER v. STATE.
### No. 16743.

Court of Criminal Appeals of Texas.
April 18, 1934.

Morrow & Clarke, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is assault with intent to murder; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

The judgment and sentence recite that appellant was convicted of the offense of possessing a still. Both the judgment and sentence are reformed in order that it may be shown that appellant was convicted of possessing a still for manufacturing intoxicating liquor.

As reformed, the judgment is affirmed.